UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY A. ELLIS, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:13 CV 238 CDP |
| PATRICK DONAHOE, ) POSTMASTER GENERAL ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Mary A. Ellis has filed a *pro se* motion for reconsideration of my December 19, 2014 Memorandum and Order and Judgment granting defendant Patrick Donahoe's motion for summary judgment and entering judgment in favor of Donahoe on Ellis's complaint. Because Ellis's motion makes no new legal or factual arguments that convince me that my prior decision was in error, the motion for reconsideration will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration [42] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Memorandum and Order on plaintiff at her address of record.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2016.